No. 95–8791. NOVEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–9335. HERNANDEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–9361. JOHNSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–1203. WEAVER *v.* UNITED STATES INFORMATION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–1206. McGUIRE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–1359. CITY OF NEW YORK ET AL. *v.* BERY ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–1361. GRIJALVA *v.* DEPARTMENT OF THE INTERIOR. C. A. Fed. Cir. Certiorari denied.

No. 96–1377. AETNA HEALTH PLANS OF CALIFORNIA, INC., ET AL. *v.* ARDARY ET AL.; and
No. 96–1526. INLAND HEALTHCARE GROUP *v.* ARDARY ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 98 F. 3d 496.

No. 96–1444. ARIAS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–1531. LEAK ET AL. *v.* GRANT MEDICAL CENTER ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–1534. SWEENEY *v.* SCHMOKE, MAYOR OF BALTIMORE, ET AL. Cir. Ct. Baltimore County, Md. Certiorari denied.

No. 96–1545. LANE *v.* MINISTRY OF DEFENSE, STATE OF IS-RAEL. C. A. 9th Cir. Certiorari denied.

No. 96–1558. URBAN SEARCH MANAGEMENT ET AL. *v.* TYUS ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–1562. SISTRUNK *v.* CITY OF STRONGSVILLE ET AL. C. A. 6th Cir. Certiorari denied.